IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL ALLAN McCORMICK,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ABNER RILEY POWELL, IV, et )<br>al.,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:16cv667-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about an allegedly fraudulent submission of a plea of not guilty and waiver of arraignment in his criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2016.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**