IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL ALLAN McCORMICK,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>ABNER RILEY POWELL, IV, et )<br>al.,   )<br>   )<br>   Defendants.   ) | CIVIL ACTION NO.<br>2:16cv667-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 22) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(3) This lawsuit is dismissed with prejudice as to plaintiff's federal claims, and without prejudice as to plaintiff's supplemental state-law claims.

    (4) Plaintiff's motion for summary judgment (doc. no. 3) is denied.

    It is further ORDERED that no costs are taxed.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 15th day of November, 2016.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**